# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LATASHA PULLIUM, et al,<br>        Plaintiff,<br><br>     v.<br><br>OFFICER BADGE #427,<br>        Defendant. | C.A. No. 1:17-cv-231 |

## **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on August 22, 2017, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, issued on November 29, 2017 recommended that the instant action be dismissed due to Plaintiffs' failure to prosecute. Service was made on Plaintiffs by mail at 311 East 7th Street, Erie, PA 16503, the last address of record. No objections were filed. After <u>de novo</u> review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

      AND NOW, this 4th Day of January, 2018;

      IT IS HEREBY ORDERED that the instant action is dismissed due to Plaintiffs'

failure to prosecute. The Clerk of Courts is directed to close this case. The report and recommendation of Magistrate Judge Baxter, issued November 29, 2017, is adopted as the opinion of the court.

                                                                                                     JOY FLOWERS CONTI
                                                                                                      Chief United States District Judge

cc:      Susan Paradise Baxter
          U.S. Magistrate Judge

          all parties of record \_\_\_\_